| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Claudia Bizzle** <br> First Name    Middle Name    Last Name | Social Security number or ITIN **xxx−xx−4051** <br> EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of New York** | | |
| Case number:  **8−18−73177−reg** | | |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- Kenneth P Silverman (Trustee) is discharged as trustee of the estate of the above−named debtor(s).
- The Chapter 7 case of the above−named debtor(s) is closed.

s/ Robert E. Grossman<br>
United States Bankruptcy Judge

Dated: September 5, 2018

**BLfnld7** [Final Decree 7 rev 12/01/15]